IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH W. ASHFORD,<br>    Petitioner | :<br>:<br>:   CIVIL NO. 3:11-CV-966 |
| v. | :<br>:   (JUDGE NEALON) |
| MIKE WENEROWICZ, et al.,<br>    Respondents | :   (MAGISTRATE JUDGE SMYSER)<br>: |

## ORDER

**NOW**, THIS 7th DAY OF FEBRUARY, 2012, for the reasons set forth in this Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DENIED**;

3. The request for bond (Doc. 11) is **DENIED**;

4. Petitioner's motion for summary judgment (Doc. 17) is **DENIED**;

5. Petitioner's objections to the R&R (Doc. 23) are **OVERRULED**;

6. Petitioner's motion to appoint counsel (Doc. 25) is **DENIED**;

7. The Clerk of Courts is directed to **CLOSE** this case; and

8. There is no basis for a certificate of appealability. See 28 U.S.C. § 2253.

*/s/ William Nealon*
**United States District Judge**